IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 8:05CR181 |
| | ) | |
| QJUAN E. MOORE, | ) | **SCHEDULING ORDER** |
| | ) | |
| Defendant. | ) | |

UPON ORAL MOTION OF THE DEFENDANT and no objection from the government,

IT IS ORDERED that the evidentiary hearing on the Motion to Suppress Evidence [11] is rescheduled to **July 21, 2005** at **10:00 a.m.** before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 7th day of July, 2005.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge